# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

EDWARD FISHER,  )
          Petitioner,  )
   v.  )    C.A. No. 12-144 Erie
                                     )
SUPERINTENDENT MICHAEL HARLOW,)
et al,  )
          Respondents.  )

## MEMORANDUM ORDER

This petition for writ of habeas corpus was received by the Clerk of Court on June 26, 2012, and was referred to United States Magistrate Judge Susan Paradise Baxter for Report and Recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on January 6, 2014, recommended that the petition for writ of habeas corpus be denied and that a certificate of appealability be denied. The parties were allowed fourteen (14) days from the date of service to file objections. Service was made on all parties. Objections were filed by Petitioner on January 22, 2014. After de novo review of the petition and documents in the case, together with the Report and Recommendation and Objections thereto, the following Order is entered:

AND NOW, this 21st day of February, 2014;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus is DISMISSED. It is further ORDERED that a certificate of appealability is DENIED.

The Report and Recommendation of Magistrate Judge Baxter, dated January 6, 2014, is adopted as the Opinion of the Court.

*[signature]*
MARK R. HORNAK
United States District Judge

cc: Susan Paradise Baxter
U.S. Magistrate Judge

all parties of record